IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **ALFA CORPORATION,** an Alabama corporation, | * * * |
| Plaintiff, | * * |
| v. | *   Case No.  2:06-cv-962 * |
| **ALFA MORTGAGE INCORPORATED,** an Indiana Corporation, | * * * |
| Defendant. | * |

**CORPORATE DISCLOSURE STATEMENT**

By Order of the Middle District of Alabama and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff certifies that the Plaintiff, Alfa Corporation, is a publicly traded company and its stock is listed on the NASDAQ exchange.

Dated this the 26th day of October, 2006.

    s/Robert A. Huffaker
    Rushton, Stakely, Johnston & Garrett, P.A.
    Post Office Box 270
    Montgomery, Alabama  36101-0270
    Tel:  (334) 206-3215
    Fax: (334) 481-0814
    E-Mail: rah@rsjg.com
    Bar Number:  ASB-7668-U79R

Juan C. Basombrio
Dorsey & Whitney LLP
38 Technology Drive
Irvine, California  92618
Tel:  (949) 932-3600
Fax:  (949) 932-3601
E-Mail: Basombrio.Juan@dorsey.com
Bar Number:  California State Bar
No. 150703 (seeking admission pro hac vice)

Attorneys for Plaintiff
ALFA CORPORATION

## CERTIFICATE OF SERVICE

I hereby certify that on October 26th, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service, the foregoing document to the following non-CM/ECF participant:

Alfa Mortgage Incorporated
c/o Bradley H. Cohen
Suite 800
8888 Keystone Crossing Blvd.
Indianapolis, IN 46240


s/Robert A. Huffaker
Of Counsel