IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **ALFA CORPORATION,** an Alabama corporation, | * * * |
| Plaintiff, | * * |
| v. | * Case No.  2:06-cv-962 * |
| **ALFA MORTGAGE INCORPORATED,** an Indiana Corporation, | * * * * |
| Defendant. | * |

## MOTION FOR ADMISSION OF JUAN C. BASOMBRIO
## *PRO HAC VICE*

**COMES NOW** the undersigned, Robert A. Huffaker, who is admitted to practice before this Court, and respectfully moves this Honorable Court to grant permission to Juan C. Basombrio of the law firm of Dorsey & Whitney, L.L.P., 38 Technology Drive, Irvine, California, to appear *pro hac vice* in this action for the purpose of representing the Plaintiff Alfa Corporation. The applicant is admitted to practice before the United States District Court, Central District of California, in which he regularly practices law, as shown by the original of the Certificate in Good Standing from the United States District Court, Central District of California attached hereto and made part hereof as Exhibit 1.

With the filing of this motion, the undersigned is submitting to the Clerk of this

1

Court a check in the amount of $20 in payment of the fee prescribed by Rule 83.1 (b) of the Rules of the United States District Court for the Middle District of Alabama.

s/Robert A. Huffaker
Rushton, Stakely, Johnston & Garrett, P.A.
Post Office Box 270
Montgomery, Alabama 36101-0270
Tel: (334) 206-3215
Fax: (334) 481-0814
E-Mail: rah@rsjg.com
Bar Number: ASB-7668-U79R

Juan C. Basombrio
Dorsey & Whitney LLP
38 Technology Drive
Irvine, California 92618
Telephone: (949) 932-3600
Facsimile: (949) 932-3601
E-Mail: Basombrio.Juan@dorsey.com
Bar Number: California State Bar
No. 150703 (seeking admission pro hac vice)

Attorneys for Plaintiff
ALFA CORPORATION

**CERTIFICATE OF SERVICE**

I hereby certify that on October 30, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service, the foregoing document to the following non-CM/ECF participant:

Alfa Mortgage Incorporated
c/o Bradley H. Cohen
8888 Keystone Crossing Blvd., Suite 800
Indianapolis, IN 46240

s/Robert A. Huffaker
Of Counsel

# United States District Court

Central District of California

CERTIFICATE OF
GOOD STANDING

I, SHERRI R. CARTER, Clerk of this Court, certify that

Juan C. Basombrio, Bar No. 150703

was duly admitted to practice in this Court on May 20, 1992

and is in good standing as a member of the Bar of this Court.

Dated at Los Angeles, California

on October 26, 2006
    DATE



SHERRI R. CARTER, CLERK

By  Brenda J. Brannon
Brenda Brannon, Deputy Clerk

G-52 (2/99)(Rev. AO 136)   CERTIFICATE OF GOOD STANDING - MEMBER OF BAR