IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALFA CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:06-cv-962-WKW |
| | ) |
| ALFA MORTGAGE INCORPORATED, | ) |
| | ) |
| Defendant. | ) |

## **O R D E R**

Upon consideration of the Motion for Admission of Juan C. Basombrio to appear pro hac vice (Doc. #4) filed October 30, 2006, it is hereby

ORDERED that the motion be GRANTED.

DONE this 31st day of October, 2006.

/s/  W.  Keith  Watkins
UNITED STATES DISTRICT JUDGE