**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Alfa Mortgage Incorporated
c/o Bradley H. Cohen
8888 Keystone Crossing Blvd.
Suite 800
Indianapolis, IN 46240

*06 cv 962   S&C*

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X *TMCochran*          ☐ Agent
                                    ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
*TMCochran*          *Nov 1 2006*

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☒ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*        ☒ Yes

2. Article Number
   *(Transfer from service label)*     7003 1010 0000 9900 9151

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540