IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

ALFA CORPORATION,                )
                                 )
Plaintiff.                       )
                                 )       CASE NO.
                                 )       2:06-cv-962-WKW
v.                               )
                                 )
ALFA MORTGAGE, INC.              )
                                 )
Defendant.                       )

## CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Defendant Alfa Mortgage, Inc. ("Defendant"), with the consent of Alfa Corporation ("Plaintiff"), hereby moves for a fourteen (14) day extension of time within which to respond to the Complaint in this case. As grounds for said Motion, the Defendant states as follows:

1.     The Defendant was served with the Summons and Complaint in this case on November 1, 2006. The Defendant does not do business in the State of Alabama and had no relationship with an attorney in the State of Alabama. As a result, the undersigned counsel was not retained by the Defendant until November 17, 2006.

2.     The Defendant seeks a fourteen (14) day extension of time within which to respond to the Complaint. The Plaintiff has agreed to this extension of time.

WHEREFORE, the Defendant respectfully requests that this Court grant it a fourteen (14) day extension of time within which to respond to the Complaint, making the response due on or before December 5, 2006.

01416662.1

Brannon J. Buck (BUC019)
Bryan Coleman
Attorneys for Alfa Mortgage, Inc.

OF COUNSEL:

MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 Amsouth/Harbert Plaza
Birmingham, AL 35203
Telephone:     205-254-1000
Fax:              205-254-1999

01416662.1

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been served on the following by depositing a copy of same in the United States Mail, properly addressed and first-class postage prepaid, this *17th* day of *November*, 2006:

Robert A. Huffaker
Rushton, Stakely, Johnston & Garrett
184 Commerce Street
Montgomery, AL 36104

Juan C. Basombrio
The Law Firm of Dorsey and Whitney LLP
38 Technology Drive
Irvine, CA 92618


Of Counsel

01416662.1