IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ALFA CORPORATION,　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　Plaintiff,　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　v.　　　　　　　　　　　　)　　　CASE NO. 2:06-cv-00962-WKW
　　　　　　　　　　　　　　　　　　)
ALFA MORTGAGE, INC.,　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　Defendant.　　　　　　　　)

## **ORDER**

Upon consideration of the defendant's Consent Motion for Extension of Time to Respond to Complaint (Doc. # 7), it is ORDERED that the motion is GRANTED. Defendant shall answer or otherwise respond on or before December 5, 2006.

DONE this 20th day of November, 2006.

　　　　　　　　　　/s/　W. Keith Watkins
　　　　　　　　UNITED STATES DISTRICT JUDGE