**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MIDDLE DIVISION**

| | |
|---|---|
| **ALFA CORPORATION, an Alabama corporation;** )<br>)<br>)<br>**Plaintiff,** )<br>)<br>**v.** )<br>)<br>**ALFA MORTGAGE CORPORATION, an Indiana corporation;** )<br>)<br>)<br>**Defendant.** ) | **CIVIL ACTION NO.<br>2:06-962-WKW-WC** |

**DEFENDANT'S MOTION TO DISMISS**

Defendant Alfa Mortgage Corporation ("Defendant") moves this Court, pursuant to Fed. R. Civ. P. 12(b)(2), to dismiss Plaintiff Alfa Corporation's ("Plaintiff") Complaint due to lack of personal jurisdiction.

1.  In support of this Motion, Defendant relies upon the pleadings and its Memorandum of Law in Support of Defendant's Motion to Dismiss, including the declaration of Corina Shelton, filed contemporaneously herewith.

2.  These materials show that this Court lacks personal jurisdiction over Defendant because (1) there are no contacts between Defendant and the State of Alabama; and (2) for this Court to exercise personal jurisdiction over Defendant would offend the traditional notions of fair play and substantial justice.

WHEREFORE, Defendant respectfully requests that this Court grant this Motion and dismiss Plaintiff's Complaint for lack of personal jurisdiction. Defendant further requests any other relief as this Court deems appropriate.

01420565.1

Respectfully submitted by,

/s/ Bryan A. Coleman
  Brannon J. Buck (BUC019)
  Bryan A. Coleman (COL131)
  Attorneys for Defendant ALFA
  MORTGAGE CORPORATION

OF COUNSEL:

MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 AmSouth Harbert Plaza
Birmingham, AL 35203-2618
Telephone: 205.254.1000
Fax: 205.254.1999

## CERTIFICATE OF SERVICE

    I hereby certify that on December 5, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to the following:

Robert A. Huffaker
Rushton, Stakely, Johnston & Garrett
184 Commerce St.
Montgomery, AL 36104

Juan C. Baslombrio
Dorsey and Whitney LLP
38 Technology Dr.
Irvine, CA 92618

                /s/ Bryan A. Coleman
                OF COUNSEL

01420565.1