**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA**

| | | |
|---|---|---|
| **ALFA CORPORATION,** | * | |
| an Alabama corporation, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | **Case No.    2:06-cv-962** |
| | * | |
| **ALFA MORTGAGE** | * | |
| **INCORPORATED,** an Indiana | * | |
| Corporation, | * | |
| | * | |
| Defendant. | * | |

**MOTION OF PLAINTIFF FOR EXTENSION OF
TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**

**COMES NOW** the Plaintiff, Alfa Corporation, and respectfully moves the Court

for an extension of seven (7) days within which to file its brief and response in

opposition to the Defendant's Motion to Dismiss and as grounds, assign the

following:

1.    On December 5, 2006, Defendant filed its Motion to Dismiss and

accompanying brief and evidentiary submission seeking dismissal of the Complaint

due to alleged lack of personal jurisdiction.  The Court ordered that the Plaintiff

respond to the Defendant's motion on or before December 27, 2006, and directed

that any reply brief be filed by January 3, 2007.

2.    Due to the holidays and a long planned out-of-state trip by the

1

undersigned counsel, Plaintiff requests a seven (7) day extension within which to file its brief and response to the Defendant's motion.  Counsel for the Defendant has advised that the Defendant does not oppose this requested extension.

WHEREFORE, Plaintiff requests that the date for the filing of its response to the Defendant's motion be extended until January 3, 2007 and that the date for the Defendant's reply be extended until January 10, 2007.


s/Robert A. Huffaker
Rushton,  Stakely, Johnston & Garrett, P.A.
Post Office Box 270
Montgomery, Alabama  36101-0270
Tel:  (334) 206-3215
Fax: (334) 481-0814
E-Mail: rah@rsjg.com
Bar Number:  ASB-7668-U79R

Juan C. Basombrio
Dorsey & Whitney LLP
38 Technology Drive
Irvine, California  92618
Telephone:  (949) 932-3600
Facsimile:  (949) 932-3601
E-Mail: Basombrio.Juan@dorsey.com
Bar Number: California State Bar No.150703

Attorneys for Plaintiff
ALFA CORPORATION

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to the following:

Brannon J. Buck
Bryan A. Coleman
Maynard, Cooper & Gale, P.C.
Suite 2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203

s/Robert A. Huffaker
Of Counsel