IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALFA CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:06-cv-00962-WKW |
| ) | |
| ALFA MORTGAGE, INC., ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Upon consideration of the plaintiff's Motion for Extension of Time to Respond to Motion to Dismiss (Doc. # 13), it is ORDERED that the motion is GRANTED. The deadline for the plaintiff's response is extended from December 27, 2006, to January 3, 2007. The deadline for the defendant's reply is extended from January 3, 2007, to January 10, 2007.

DONE this 20th day of December, 2006.

/s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE