## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **ALFA CORPORATION,** | * | |
| an Alabama corporation, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | **Case No.  2:06-cv-962-WKW-WC** |
| | * | |
| **ALFA MORTGAGE** | * | |
| **INCORPORATED,** an Indiana | * | |
| Corporation, | * | |
| | * | |
| Defendant. | * | |

## SUBMISSION OF PLAINTIFF IN
## OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

**COMES NOW** the Plaintiff, Alfa Corporation, and submits the Declaration of

Juan C. Basombrio in Opposition to Defendant's Motion to Dismiss.

s/Robert A. Huffaker
Rushton, Stakely, Johnston & Garrett, P.A.
Post Office Box 270
Montgomery, Alabama  36101-0270
Tel:  (334) 206-3215
Fax: (334) 481-0814
E-Mail: rah@rsjg.com
Bar Number:  ASB-7668-U79R

Juan C. Basombrio
Dorsey & Whitney LLP
38 Technology Drive
Irvine, California 92618
Telephone: (949) 932-3600
Facsimile: (949) 932-3601
E-Mail: Basombrio.Juan@dorsey.com
Bar Number: California State Bar No.150703

Attorneys for Plaintiff
ALFA CORPORATION

## CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to the following:

Brannon J. Buck
Bryan A. Coleman
Maynard, Cooper & Gale, P.C.
Suite 2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203

s/Robert A. Huffaker
Of Counsel

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### MIDDLE DIVISION

|  |  |
|---|---|
| **ALFA CORPORATION,**<br>an Alabama corporation,<br><br>     Plaintiff,<br><br>     vs.<br><br>**ALFA MORTGAGE CORPORATION,**<br>an Indiana company,<br><br>     Defendant. | **CIVIL ACTION NO.**<br>**2:06-CV-962-WKW-WC** |

## DECLARATION OF JUAN C. BASOMBRIO

1.     I am a partner with the law firm of Dorsey & Whitney LLP, attorneys for plaintiff Alfa Corporation ("Alfa"), and admitted pro hac vice to practice before this Court in this action. I have personal knowledge of the facts stated herein and, therefore, submit this declaration in support of Alfa's opposition to defendant Alfa Mortgage Corporation's ("Alfa Mortgage") motion to dismiss.

2.     Attached hereto as Exhibit 1 is a true and correct copy of excerpts of the following website: www.alfamtg.com.

3.     Attached hereto as Exhibit 2 is a true and correct copy of excerpts of the transcript of deposition of Corina Shelton, President of Alfa Mortgage, taken on July 31, 2006 in the case of Alfa Corporation v. OAO Alfa Bank, et al. That case is pending in the United States District Court for the Southern District of New York. After that deposition, I indicated to Ms. Shelton that my client, Alfa Corporation, was a corporation in Alabama, was the owner of various federally registered trademarks under the name ALFA, and objected to the use by Alfa Mortgage

of the name ALFA. I further noted to Ms. Shelton that I would be contacting her about the foregoing. Attached hereto as Exhibit 3 (and to the Complaint herein as Exhibit 1) is a true and correct copy of a letter that I then sent, on August 22, 2006 and on behalf of Alfa, to Alfa Mortgage to the attention of Ms. Shelton. My letter advised Alfa Mortgage of Alfa's objection to the use of the ALFA name by Alfa Mortgage, demanded that Alfa Mortgage cease and desist from such use, and noted that Alfa would be willing to provide Alfa Mortgage with a reasonable time to cease such use. Neither I nor anyone at Alfa received a response to my letter or my conversation with Alfa Mortgage's President prior to the Complaint being filed in this action on October 26, 2006.

4.       Notwithstanding my comments and letter to Alfa Mortgage, a properly conducted trademark search of federally registered trademarks would have disclosed the existence of Alfa and its federally registered trademarks. Even a basic search of the United States Patent & Trademark Office ("USPTO") website would have disclosed such information. Attached hereto as Exhibit 4 are true and correct copies of excerpts of such a search on the USPTO website. Even a basic Internet search would have identified Alfa and its website, www.alfains.com, which provides sufficient information about Alfa's lines of business and notes that its trademark is registered. Attached hereto as Exhibit 5 are true and correct copies of excerpts of such an Internet search.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on January 2, 2007 in Irvine, California.

_____
JUAN C. BASOMBRIO

2

# EXHIBIT 1





Home | About | FAQs | Why Us | Service Areas | Loan Programs | Loan Process | Online Apps | Forms | Calculators | Contact Us

All Rights Reservered to Alfa Mortgage Inc. Copyrights 2004. Site Design by Midwest Technology Partnership

# $\mathcal{A}$lfa Mortgage, Inc.



Our mission at Alfa Mortgage, Inc. is to make home financing understandable, easy and convenient. We offer a wide range of financing options, interest rates and terms, giving you the opportunity to find the best loans for your needs. Our office of mortgage professionals will work with you from start to finish, showing you how easy it is to buy or refinance your home.

Home | About | FAQs | Why Us | Service Areas | Loan Programs | Loan Process | Online Apps | Forms | Calculators | Contact Us

All Rights Reserverved to Alfa Mortgage Inc. Copyrights 2004. Site Design by Midwest Technology Partnership



# Alfa Mortgage, Inc.



Home | About | FAQs | Why Us | Service Areas | Loan Programs | Loan Process | Online Apps | Forms | Calculators | Contact Us

**Q: How do I know how much house I can afford?**
A: Generally speaking, you can purchase a home with a value of two or three times your annual household income. However, the amount that you can borrow will also depend upon your employment history, credit history, current savings and debts, and the amount of down payment you are willing to make. You may also be able to take advantage of special loan programs for first time buyers to purchase a home with a higher value. Give us a call, and we can help you determine exactly how much you can afford.

**Q: What is the difference between a fixed-rate loan and an adjustable-rate loan?**
A: With a fixed-rate mortgage, the interest rate stays the same during the life of the loan. With an adjustable-rate mortgage (ARM), the interest changes periodically, typically in relation to an index. While the monthly payments that you make with a fixed-rate mortgage are relatively stable, payments on an ARM loan will likely change. There are advantages and disadvantages to each type of mortgage, and the best way to select a loan product is by talking to your broker.

**Q: How is an index and margin used in an ARM?**
A: An index is an economic indicator that lenders use to set the interest rate for an ARM. Generally the interest rate that you pay is a combination of the index rate and a pre-specified margin. Three commonly used indices are the One-Year Treasury Bill, the Cost of Funds of the 11th District Federal Home Loan Bank (COFI), and the London InterBank Offering Rate (LIBOR).

**Q: How do I know which type of mortgage is best for me?**
A: There is no simple formula to determine the type of mortgage that is best for you. This choice depends on a number of factors, including your current financial picture and how long you intend to keep your house. Alfa Mortgage Inc. can help you evaluate your choices and help you make the most appropriate decision.

**Q: What does my mortgage payment include?**
A: For most homeowners, the monthly mortgage payments include three separate parts:
Principal: Repayment on the amount borrowed
Interest: Payment to the lender for the amount borrowed
Taxes & Insurance: Monthly payments are normally made into a special escrow account for items like hazard insurance and property taxes. This feature is sometimes optional, in which case the fees will be paid by you directly to the County Tax Assessor and property insurance company.

**Q: How much cash will I need to purchase a home?**
A: The amount of cash that is necessary depends on a number of items. Generally speaking, though, you will need to supply:
Earnest Money: The deposit that is supplied when you make an offer on the house
Down Payment: A percentage of the cost of the home that is due at settlement
Closing Costs: Costs associated with processing paperwork to purchase or refinance a house

All Rights Reserverved to Alfa Mortgage Inc. Copyrights 2004. Site Design by Midwest Technology Partnership

# $\mathcal{A}$lfa Mortgage, Inc.



Because of our experience in debt consolidation, each consumer is provided with premium advantages. Alfa Mortgage, Inc. provides consumers with the best programs that will save them the most amount of money possible. Alfa will also provide helpful and amiable service to each customer.

Rates Low As:
30 Year Fixed 5.75%
15 Year Fixed 5.0%
3/1 ARM 3.875%
5/1 ARM 4.375%

Home | About | FAQs | Why Us | Service Areas | Loan Programs | Loan Process | Online Apps | Forms | Calculators | Contact Us

All Rights Reserverd to Alfa Mortgage Inc. Copyrights 2004. Site Design by Midwest Technology Partnership

# 𝒜lfa Mortgage, Inc.



Home | About | FAQs | Why Us | Service Areas | Loan Programs | Loan Process | Online Apps | Forms | Calculators | Contact Us

All Rights Reservered to Alfa Mortgage Inc. Copyrights 2004. Site Design by Midwest Technology Partnership

# $\mathcal{A}$lfa Mortgage, Inc.



We have various loan programs that will fit your family needs.

| | |
|---|---|
| REFINANCING LOAN | COMMERCIAL LOANS |
| PAYOFF LAND CONTRACTS | REVERSE MORTGAGE |
| VA MORTGAGE | INVESTOR LOANS |
| FHA MORTGAGE | 125% 2nd MORTGAGE |
| PURCHASES | CONSTRUCTION LOANS |
| SELF EMPLOYED BORROWERS | 2nd MORTGAGE LOANS |
| BANKRUPTCY/FORECLOSURE | NO DOC/STATED INCOME |

Home | About | FAQs | Why Us | Service Areas | Loan Programs | Loan Process | Online Apps | Forms | Calculators | Contact Us

All Rights Reservered to Alfa Mortgage Inc. Copyrights 2004. Site Design by Midwest Technology Partnership





Home | About | FAQs | Why Us | Service Areas | Loan Programs | Loan Process | Online Apps | Forms | Calculators | Contact Us

All Rights Reserered to Alfa Mortgage Inc. Copyrights 2004. Site Design by Midwest Technology Partnership

## Apply For a Loan

*Applying for a loan made easy. . .*

## The Loan Application

**Getting started is easy and you don't have to do it all at once.**
Our online application process is conveniently designed to allow you to stop any time and pick up where you left off. You can quit any time since your information data is saved. When you come back, the Review and Update screen will show you what's left to do.
Must be legal age to apply.

### If this is your first application log in,
### Click Here

New User Sign Up

---

**Registered Users,** please enter your User ID and Password.

User ID:  [                    ]

Password:  [                    ]

Login

---

 Trouble Signing In?   Change Password   Account Info

---

Please send mail to corina@alfamtg.com with questions
or comments about this web site. Security Statement

## User Login

### New User Sign Up

When you establish an account with us, we'll save the data you entered and retrieve your information when you revisit. This saves you from entering repetitive data. Please complete the following information and write down your user ID and password. **This will be your permanent ID and password for future visits to the site**. (Your information is confidential. No one can access your account without a valid user ID and correct password.)

Fields marked with an asterisk(*) are required. Others are optional

**First Name:***                          **Last Name:***

**Address:**

  **Street:**

  **City:**

**State:** IN                **Zip Code:***

**Phone(day):**          -        -          ext

**Phone(eve.):**          -        -

**Email:** *

If no e-mail address, please call 317-581-8556 to enroll by phone.

Now choose a user ID (usually your name) and your confidential password.

**User ID:***                      **Password:***

**Confirm Password:***

Login

Please send mail to corina@alfamtg.com with questions
or comments about this web site. Security Statement

## User Login

### New User Sign Up

When you establish an account with us, we'll save the data you entered and retrieve your information when you revisit. This saves you from entering repetitive data. Please complete the following information and write down your user ID and password. **This will be your permanent ID and password for future visits to the site.** (Your information is confidential. No one can access your account without a valid user ID and correct password.)

Fields marked with an asterisk(*) are required. Others are optional

**First Name:** * `John`    **Last Name:** * `Doe`

**Address:**

**Street:**

**City:** `Montgomery`

**State:** `AL` ▼    **Zip Code:** *

**Phone(day):** ___ - ___ - ___  ext

**Phone(eve.):** ___ - ___ - ___

**Email:** *

If no e-mail address, please call 317-581-8556 to enroll by phone.

Now choose a user ID (usually your name) and your confidential password.

**User ID:** *    **Password:** *

**Confirm Password:** *

Login

Please send mail to corina@alfamtg.com with questions or comments about this web site. Security Statement



# Alfa Mortgage, Inc.



These are the forms you will need to download to start the loan process.

Uniform Residential Loan Application
Good Faith Estimate
Truth in Lending Disclosure Statement (RegZ)
Credit Report Authorization and Release
Deed of Trust
Itemization of Amount Financed
Mortgage Loan Disclosure/Good Faith Estimate
Loan Submission Sheet
Tax Information Authorization (8821)

Self Employed Income Analysis
Borrower Certification and Authorization
Disclosure Notices
Equal Credit Opportunity Act
Fair Lending Notice
Notice of Right to Cancel
Notice of Special Flood Hazard
Owner Occupancy
Appraisal Disclosure
Mortgage Document

Home | About | FAQs | Why Us | Service Areas | Loan Programs | Loan Process | Online Apps | Forms | Calculators | Contact Us

All Rights Reservered to Alfa Mortgage Inc. Copyrights 2004. Site Design by Midwest Technology Partnership

## Mortgage Calculators

**Payment/Amortization**

This calculator allows you to figure out your monthly payment for fixed-rate or adjustable-rate loans. It also allows you to calculate the breakdown between principal and interest in payments over the loan term.

**Rent vs. Own**

This calculator allows you to calculate the difference between renting a property and buying a home.

**Calculate Annual Percentage Rate (A.P.R.)**

This calculator allows you to calculate A.P.R. for fixed-rate or adjustable-rate loans, as defined by the Federal Truth In Lending Act.

**Debt Consolidation**

This calculator helps you to figure out if you can consolidate your debt by lowering the monthly payment, or pay off debts sooner.

**Prepayment Savings**

This calculator helps you to determine how soon you can pay off your mortgage by making a prepayment, or how much prepayment you should make by shortening the time to pay off your mortgage.

**Early Payoff Calculator**

This calculator will assist you in determining the amount of additional principal payments needed per month to payoff the loan in a shorter period of time.

**Refinance Break-Even Point**

This calculator will help you determine the length of time until "breakeven" on a refinance loan, factoring in the new interest rate and closing costs.

**Tax Savings**

Based on the loan amount, interest rate, federal tax rate, and other entries, this calculator will determine the estimated tax savings of a period of years if the transaction is completed.

Please send mail to corina@alfamtg.com with questions or comments about this web site. Security Statement





**Corporate Office**
**8888 Keystone Crossing**
**Suite 1300**
**Indianapolis, IN 46240**
**Phone: 317-581-8556**
**Fax: 317-581-8557**
**Email: info@alfamtg.com**

Home | About | FAQs | Why Us | Service Areas | Loan Programs | Loan Process | Online Apps | Forms | Calculators | Contact Us

All Rights Reservered to Alfa Mortgage Inc. Copyrights 2004. Site Design by Midwest Technology Partnership

# EXHIBIT 2

CORINA SHELTON

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF INDIANA

--oOo--

ALFA CORPORATION,       )
                        )
        Plaintiff,      )       COPY
                        )
    vs.                 ) Case No.
                        ) 04 Civ. 08968 (KMW)
                        )
OAO ALFA BANK and       )
ALFA-CAPITAL MARKETS (USA),  )
INC.,                   )
                        )
        Defendants.     )
_____)

VIDEOTAPED DEPOSITION OF

CORINA SHELTON

Monday, July 31, 2006

Volume I

(Pages 1 - 51)

REPORTED BY:  CYNTHIA A. PACINI, CSR #6117, RMR, CRR

(03-384235)

*EXHIBIT 2*

 **LEGALINK**®

**A MERRILL COMMUNICATIONS COMPANY**

420 Lexington Ave
Suite 2108
New York, NY 10170

tel (212) 557-7400
tel (800) 325-3376
fax (212) 692-9171

www.merrillcorp.com

GLOBAL COURT REPORTING · LEGAL VIDEOGRAPHY · TRIAL SERVICES

CORINA SHELTON

Page 3

```
 1              UNITED STATES DISTRICT COURT

 2              SOUTHERN DISTRICT OF INDIANA

 3                      --oOo--

 4   ALFA CORPORATION,              )
                                    )
 5              Plaintiff,          )
                                    )
 6         vs.                      ) Case No.
                                    ) 04 Civ. 08968 (KMW)
 7                                  )
     OAO ALFA BANK and              )
 8   ALFA-CAPITAL MARKETS (USA),    )
     INC.,                          )
 9                                  )
                Defendants.         )
10   _____)

11

12                      --oOo--

13         BE IT REMEMBERED that pursuant to Subpoena

14   and on Monday, July 31, 2006, commencing at 10:19

15   a.m. thereof, at the Law Offices of Jones Day, 555

16   California Street, 26th Floor, San Francisco,

17   California, before me, Cynthia A. Pacini, a

18   Certified Shorthand Reporter, Registered Merit

19   Reporter and Certified Realtime Reporter, personally

20   appeared

21              CORINA SHELTON

22   _____

23   called as a witness by the Defendants, who, having

24   been first duly sworn, was examined and testified as

25   follows:
```

LEGALINK, A MERRILL CORPORATION
(800) 325-3376    www.Legalink.com

CORINA SHELTON

```
 1                        --oOo--

 2              DORSEY & WHITNEY, LLP, 38 Technology

 3     Drive, Irvine, California 92618-5310, represented by

 4     JUAN C. BASOMBRIO, Attorney at Law, appeared as

 5     counsel on behalf of the Plaintiff.

 6              JONES DAY, 222 East 41st Street, New York,

 7     New York 10017-6702, represented by CLARK CRADDOCK,

 8     Attorney at Law, appeared as counsel on behalf of

 9     the Defendants.

10              Also Present:  GRETCHEN VOGEL-Videographer

11                   P R O C E E D I N G S

12              THE VIDEO OPERATOR:  Good morning.  This

13     is Gretchen Vogel of LegaLink Action Video, 420

14     Lexington Avenue, New York, New York.  Today's date

15     is July 31st, 2006.  The time on the video monitor

16     is 10:19 a.m.  The offices we are at are Jones Day

17     at 555 California Street, San Francisco, California.

18     Case, Alfa Corporation versus OAO, case number

19     04-CIV 8968 (KMW) to take the video deposition of

20     Corina Shelton, District Court for the Southern

21     District of New York.  The court reporter today is

22     Cindy Pacini of LegaLink, San Francisco.

23              Will the counsel please introduce

24     themselves?

25              MS. CRADDOCK:  I'm Clark Craddock from
```

CORINA SHELTON

1      Jones Day New York, and I represent the defendants

2      OAO Alfa Bank and Alfa Capital Markets, Inc.

3              MR. BASOMBRIO:  I'm Juan Basombrio, Dorsey

4      & Whitney, for plaintiff Alfa Corporation.

5              THE WITNESS:  Corina Shelton, president of

6      Alfa Mortgage, Incorporated.

7              THE VIDEO OPERATOR:  Thanks.  Would the

8      court reporter please swear in the witness.

9              (Whereupon, the witness was sworn.)

10             THE WITNESS:  I do.

11             EXAMINATION BY MS. CRADDOCK

12         MS. CRADDOCK:  Q.  Thank you for coming.

13     Could you just please state your name and address

14     for the record, please?

15         A.  Yes.  My name is Corina Shelton.  My

16     address is 4272 Terrabella Way, Oakland, California

17     94619.

18         Q.  And also for the record, I want to make

19     sure that you understand you had the right to have

20     your attorney present at this deposition.

21         A.  Yes.

22         Q.  Okay.  Thank you.  Have you ever been

23     deposed before?

24         A.  No.

25         Q.  All right.  I'm going to just sort of step

CORINA SHELTON

1    documents that you produced to us this morning; is

2    that correct?

3        A.    Yes.

4        Q.    Could you please go through each page and

5    explain what each one of these documents is?

6        A.    The first page of this is a certificate of

7    incorporation showing when the company was

8    incorporated, March 20th of 2001.

9        Q.    Okay.

10        A.    And the second page would be the articles

11    of incorporation again stating -- showing when the

12    company, Alfa Mortgage, Incorporated, was

13    incorporated on the 20th of March, 2001.  And the

14    third item then will show also the licensing, when

15    we licensed as a mortgage broker for Alfa Mortgage.

16        Q.    Is there a date on this document?

17        A.    I don't know if there is.  It's dated, but

18    I can't really see it because it's -- it looks to me

19    like it may have been dated the 25th.

20        Q.    The 25th of?

21        A.    Of March.  And it would have been 2001.

22    And then the next items basically show the board of

23    directors, that I am president, secretary,

24    treasurer.  I'm the sole shareholder of Alfa

25    Mortgage, Incorporated, and that's basically all the

CORINA SHELTON

1       A.    Yes.

2       Q.    When you started Alfa in March of 2001,

3   what products did you offer or services?

4       A.    It was mortgage loans, so home loans for

5   purchase or refinance.

6       Q.    Any other products or services at that

7   time?

8       A.    No.

9       Q.    Okay.  When did you begin offering

10  mortgages?

11      A.    At -- in 2001 when the company started.

12      Q.    In March of 2001?

13      A.    Um-hum.

14      Q.    Did you have an office at that time?

15      A.    I was working out of my home.

16      Q.    And where was that?

17      A.    At -- I think it's 10456 Power Drive in

18  Carmel.

19      Q.    Carmel?

20      A.    Indiana, 46033.

21      Q.    How many employees did you have there?

22      A.    It was just myself and then I hired a

23  processor shortly after.  So there was two.

24      Q.    What was the processor's duties?

25      A.    All she was doing was inputting files and

CORINA SHELTON

1      Q.   Are there any other places that you've

2  been licensed in?

3      A.   No.  I mean the only places I've ever been

4  bonded -- licensed and bonded in was Indiana,

5  Minnesota, Oregon, California and Illinois.

6      Q.   Are you still currently licensed in

7  Indiana?

8      A.   In Indiana, I am.

9      Q.   When did you become licensed in Portland?

10     A.   Oh, maybe 2002.

11     Q.   Are you still currently licensed in

12  Portland?

13     A.   I'm still currently bonded, and I am in

14  the process of renewing my licensing there.

15     Q.   Okay.  Just to clarify:  You're currently

16  in the process of becoming licensed in California?

17     A.   Well, I started the whole licensing here

18  as far as, you know, getting the name registered and

19  that's as far as I got.

20     Q.   Okay.  In Minnesota, you're -- when did

21  you become registered?

22     A.   I believe in 2003.

23     Q.   And are you currently registered?

24     A.   We are registered.  I don't believe we're

25  bonded there anymore.

CORINA SHELTON

Page 20

```
 1        Q.    When were you registered in Illinois?

 2        A.    Around the same -- 2003.

 3        Q.    And you're not currently registered in

 4   Illinois; is that correct?

 5        A.    No.

 6        Q.    For these other states, did you also do

 7   promotional activities in those states?

 8        A.    No.

 9        Q.    No.   What products and services do you

10   currently offer?

11        A.    Any -- a wide range of home loans, so from

12   first mortgages, second mortgages, home equities,

13   lines of credits, purchases, refinances.

14        Q.    Anything else?

15        A.    Well, anything that has to do with a home

16   mortgage.

17             MS. CRADDOCK:   Could you mark this Exhibit

18   Shelton 3, please.

19                 (Whereupon, Shelton Exhibit 3 was marked

20                  for identification.)

21             MS. CRADDOCK:   Q.   Do you recognize this

22   document?

23        A.    Yes, I do.   It's off of our website.

24        Q.    Okay.   And could you tell me what this

25   particular page of your website is intended to do?
```

CORINA SHELTON

Page 25

1   online, they go in and put an application.

2       Q.   Have you had borrowers apply online?

3       A.   Yes, we have.

4       Q.   Approximately how many?

5       A.   Oh, actually quite a few.  I don't have a

6   number.

7       Q.   More than ten?

8       A.   Oh, more than ten, definitely.

9       Q.   More than 20?

10      A.   More than 50.

11      Q.   More than 50.  Could you explain to me how

12  this process would work for applying for a loan on

13  line?

14      A.   Yes.  You would go in and you would

15  register and apply online and then once the

16  application is submitted, we are notified via e-mail

17  that an application has come into our website, and

18  we download the application into our database and

19  then basically we contact the borrowers that we

20  received their application.

21      Q.   And then what happens next?

22      A.   Then we start the loan process if we agree

23  on terms.

24          MS. CRADDOCK:  Would you mark this Shelton

25  Exhibit 5?

CORINA SHELTON

Page 29

1          Q.    How many referrals do you get

2     approximately a month from --

3          A.    Oh, probably two, three.

4          Q.    Okay.

5          A.    I mean, it could be more.  Depends on --

6          Q.    Could you explain a little bit about once

7     someone applies for a loan with you, what the next

8     steps are in finding a mortgage for them?

9          A.    Well, once somebody applies for a loan, we

10    have to establish their credit strength.  So, you

11    know, we look at their credit history.  We need to

12    find out what kind of loan they're looking for.  Are

13    they buying something?  Are they -- and, you know,

14    from that point forward, we collect their income

15    documentation, send what we need to preapprove them,

16    and go from there.  So --

17         Q.    And then what happens next though?

18         A.    Then we submit their files, once we agree,

19    okay, this is what they want.  We submit the files

20    to a lender, an investor of ours, for approval.

21         Q.    Do you use more than one lender?

22         A.    Yes, we do.

23         Q.    How many lenders do you use?

24         A.    Oh, we have probably 50 lenders or more.

25    We have access to a lot of lenders.

CORINA SHELTON

Page 30

1      Q.   How do you have access to a lot of

2    lenders?

3      A.   Well, anybody that's on the -- wholesales

4    mortgage loans, we have access to use.

5      Q.   I'm sorry.  Can you explain what wholesale

6    mortgage loans --

7      A.   As far as Bank of America, for instance,

8    they have a wholesale department which we broker our

9    loans through their wholesale.  That's what the

10   wholesale -- they have retail that they originate

11   their own in-house loans through, and then they also

12   wholesale, which the brokers use the wholesale side.

13   And all the investors are like that.

14     Q.   There's a website, a wholesale --

15     A.   No.  There's no websites, no.

16     Q.   So how do you -- how did you develop

17   relationships with these lenders?

18     A.   They walk in and drop their flyers off

19   most of the time or they call you.  You get ten

20   calls a day from them sometimes.  So that's how you

21   establish relationships.

22         A lot of it is word of mouth.  You hear

23   from other brokers.  These lenders offer these great

24   programs or this one's got that.  This one's got

25   that.  And then you hear that and then you get sent

CORINA SHELTON

Page 33

1          Q.    Do you attend both?

2          A.    Yes.

3          Q.    How long have you attended both?

4          A.    Oh, well, in Indiana just since I've been

5    there from 2001, but the other ones, the national

6    broker conventions and events I've attended since

7    '90.

8          Q.    Do you attend every year?

9          A.    Yes.

10          Q.    Are there any other networking events that

11    you attend?

12          A.    No.

13          Q.    You said before that you have

14    relationships with approximately 50 lenders?

15          A.    Um-hum.

16          Q.    Can you -- can you name a few of these

17    lenders, some of the larger lenders?

18          A.    Yeah.  Like Wells Fargo, Citibank,

19    National City, Accredited Home Lenders.  I don't

20    know how many you want me to name, but --

21          Q.    Just some of the larger banks.

22          A.    Okay.  Like Fremont Investments,

23    Countrywide, Washington Mutual.

24          Q.    Are these banks that you've used since

25    Alfa Mortgage has begun?

CORINA SHELTON

Page 42

```
 1          Q.    What's your phone number here, please?
 2          A.    (510)336-1977.
 3          Q.    Do you still have a residence in Indiana?
 4          A.    No.
 5          Q.    Prior to choosing the name Alfa Mortgage,
 6    did you do a trademark search?
 7          A.    Yes, I did, with the State of Indiana.
 8          Q.    Only in the State of Indiana?
 9          A.    I don't know if it was a national one or
10    not.  I can't remember.
11          Q.    Okay.
12          A.    I cannot recall.
13          Q.    Who assisted you with that?
14          A.    I did that on my own initially before I
15    hired Brad.
16          Q.    Okay.  Do you remember what it is that you
17    did?
18          A.    All the paper filings is what I did.
19          Q.    With the State of Indiana?
20          A.    With the State of Indiana.
21          Q.    And then did your lawyer help you with a
22    wider search?
23          A.    I don't know if he did or not.  I'd have
24    to ask.  I have no idea.
25          Q.    Do you know whether you or he ever did a
```

# EXHIBIT 3



**DORSEY**
DORSEY & WHITNEY LLP

JUAN C. BASOMBRIO
(949) 932-3650
FAX (949) 932-3601
basombrio.juan@dorsey.com

August 22, 2006



**By Fax and U.S. Mail**

Corina Shelton
President/Broker
Alfa Mortgage, Inc.
8888 Keystone Crossing, Suite 1300
Indianapolis, Indiana 46240

Dear Ms. Shelton:

As you know, I represent Alfa Corporation ("Alfa Corp.") and its related companies. Alfa Corp. is a financial services conglomerate. I was the lawyer that represented Alfa Corp. during your recent deposition in San Francisco.

Alfa Corp. is the registrant of the "ALFA CORPORATION" federal trademark, and of various other trademarks and pending trademark applications including the "Alfa" designation (such as Alfa Realty, Alfa Financial, Alfa Insurance, and others) in the financial services classes, with the United States Patent & Trademark Office. Mortgage lending is among the various financial services offered by Alfa Corp. and its related companies.

Accordingly, we believe that your company's use of the name "Alfa Mortgage, Inc." infringes upon the federal and common law rights of Alfa Corp. Alfa Corp. demands that you stop using the name Alfa Mortgage or any other name using "Alfa." Please contact me at your earliest convenience to discuss this matter. My client is willing to provide you with sufficient time to transition your company to using another name.

Very truly yours,

Juan C. Basombrio

DORSEY & WHITNEY LLP · WWW.DORSEY.COM · T  949.932.3600 · F  949.932.3601
38 TECHNOLOGY DRIVE · IRVINE, CALIFORNIA 92618-5310
USA   CANADA   EUROPE   ASIA

*EXHIBIT 3*

EXHIBIT 4

 **United States Patent and Trademark Office**

Home|Site Index|Search|FAQ|Glossary|Guides|Contacts|eBusiness|eBiz alerts|News|Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Tue Jan 2 04:16:50 EST 2007*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout Please logout when you are done to release system resources allocated for you.

Start List At: [      ] OR Jump to record: [      ] **Record 2 out of 5**

---

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | **ALFA CORPORATION** |
| **Goods and Services** | IC 036. US 100 101 102. G & S: property and casualty insurance underwriting services; real estate services, namely provision of commercial and residential real estate brokerage services; financial services, namely, loan financing, overdraft checking, mortgage lending, home equity loans, commercial loans, automobile loans and home improvement loans. FIRST USE: 19870501. FIRST USE IN COMMERCE: 19870501 |
| | IC 037. US 100 103 106. G & S: construction services, namely general contracting and building services in the construction industry of new homes, residential communities and commercial properties. FIRST USE: 19870501. FIRST USE IN COMMERCE: 19870501 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Design Search Code** | |
| **Serial Number** | 76372299 |
| **Filing Date** | February 20, 2002 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Owner** | (APPLICANT) ALFA CORPORATION CORPORATION DELAWARE 2108 E. South Blvd. Montgomery ALABAMA 36198 |
| **Attorney of Record** | Rebecca L. Roby |
| **Prior Registrations** | 2088673 |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "CORPORATION" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | SERVICE MARK |

*EXHIBIT 4*

Trademark Electronic Search System (TESS)

| | |
|---|---|
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST
NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Tue Jan 2 04:16:50 EST 2007*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At: [          ]  OR  Jump  to record: [          ]  **Record 3 out of 5**

TARR Status   ASSIGN Status   TDR   TTAB Status  *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | **ALFA CORPORATION** |
| **Goods and Services** | IC 036. US 100 101 102. G & S: property and casualty insurance underwriting services; real estate services, namely provision of commercial and residential real estate brokerage services; financial services, namely, loan financing, overdraft checking, mortgage lending, home equity loans, commercial loans, automobile loans and home improvement loans. FIRST USE: 19870501. FIRST USE IN COMMERCE: 19870501

IC 037. US 100 103 106. G & S: construction services, namely general contracting and building services in the construction industry of new homes, residential communities and commercial properties. FIRST USE: 19870501. FIRST USE IN COMMERCE: 19870501 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 26.11.10 - Rectangles divided once into two sections
26.11.21 - Rectangles that are completely or partially shaded |
| **Serial Number** | 76372298 |
| **Filing Date** | February 20, 2002 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Owner** | (APPLICANT) ALFA CORPORATION CORPORATION DELAWARE 2108 E. South Blvd. Montgomery ALABAMA 36198 |
| **Attorney of Record** | Rebecca L. Roby |

| | |
|---|---|
| **Prior Registrations** | 2088673 |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "CORPORATION" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST

NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Tue Jan 2 04:16:50 EST 2007*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

[Logout] Please logout when you are done to release system resources allocated for you.

[Start] List At: [_____] OR [Jump] to record: [_____]  **Record 4 out of 5**

[TARR Status]  [ASSIGN Status]  [TDR]  [TTAB Status]  *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | **ALFA INSURANCE** |
| **Goods and Services** | IC 036. US 100 101 102. G & S: property and casualty insurance underwriting. FIRST USE: 19870501. FIRST USE IN COMMERCE: 19870501 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 26.09.21 - Squares that are completely or partially shaded<br>26.11.21 - Rectangles that are completely or partially shaded |
| **Serial Number** | 75027294 |
| **Filing Date** | December 5, 1995 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | May 27, 1997 |
| **Registration Number** | 2088673 |
| **Registration Date** | August 19, 1997 |
| **Owner** | (REGISTRANT) ALFA CORPORATION CORPORATION DELAWARE 2108 E. South Boulevard Montgomery ALABAMA 36198 |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "INSURANCE" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |

Trademark Electronic Search System (TESS)                                    Page 2 of 2


**Live/Dead Indicator** LIVE

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Tue Jan 2 04:16:50 EST 2007*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

**Logout** Please logout when you are done to release system resources allocated for you.

**Start** List At: [＿＿＿] OR **Jump** to record: [＿＿＿] **Record 3 out of 5**

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

### Typed Drawing

| | |
|---|---|
| **Word Mark** | ALFA INSURANCE |
| **Goods and Services** | IC 036. US 100 101 102. G & S: property and casualty insurance underwriting services. FIRST USE: 19870501. FIRST USE IN COMMERCE: 19870501 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Design Search Code** | |
| **Serial Number** | 76370707 |
| **Filing Date** | February 14, 2002 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | October 15, 2002 |
| **Registration Number** | 2671861 |
| **Registration Date** | January 7, 2003 |
| **Owner** | (REGISTRANT) ALFA CORPORATION CORPORATION DELAWARE 2108 E. South Blvd. Montgomery ALABAMA 36198 |
| **Attorney of Record** | Paul Tauger |
| **Prior Registrations** | 2088673 |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "INSURANCE" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST |

Trademark Electronic Search System (TESS)

NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Tue Jan 2 04:16:50 EST 2007*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |

| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout Please logout when you are done to release system resources allocated for you.

Start List At: [_____] OR Jump to record: [_____] **Record 2 out of 2**

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | **ALFA FINANCIAL** |
| **Goods and Services** | IC 036. US 100 101 102. G & S: financial services, namely, loan financing, overdraft checking, mortgage lending, home equity loans, commercial loans, automobile loans and home improvement loans. FIRST USE: 19870501. FIRST USE IN COMMERCE: 19870501 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Design Search Code** | |
| **Serial Number** | 76372470 |
| **Filing Date** | February 20, 2002 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Owner** | (APPLICANT) ALFA CORPORATION CORPORATION DELAWARE 2108 E. South Blvd. Montgomery ALABAMA 36198 |
| **Attorney of Record** | Rebecca L. Roby |
| **Prior Registrations** | 2088673 |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "FINANCIAL" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST |

Trademark Electronic Search System (TESS)

NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Tue Jan 2 04:16:50 EST 2007*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |

| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

**Logout** Please logout when you are done to release system resources allocated for you.

**Start** List At: [　　　] OR **Jump** to record: [　　　] **Record 1 out of 2**

---

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet*

***Browser to return to TESS)***



| Word Mark | **ALFA FINANCIAL** |
|---|---|
| Goods and Services | IC 036. US 100 101 102. G & S: financial services, namely, loan financing, overdraft checking, mortgage lending, home equity loans, commercial loans, automobile loans and home improvement loans. FIRST USE: 19870501. FIRST USE IN COMMERCE: 19870501 |
| Mark Drawing Code | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| Design Search Code | 26.11.02 - Plain single line rectangles; Rectangles (single line)<br>26.11.13 - More than one rectangle; Rectangles (more than one)<br>26.11.21 - Rectangles that are completely or partially shaded |
| Serial Number | 76372471 |
| Filing Date | February 20, 2002 |
| Current Filing Basis | 1A |
| Original Filing Basis | 1A |
| Owner | (APPLICANT) ALFA CORPORATION CORPORATION DELAWARE 2108 E. South Blvd. Montgomery ALABAMA 36198 |
| Attorney of Record | Rebecca L. Roby |
| Prior Registrations | 2088673 |
| Disclaimer | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "FINANCIAL" APART FROM THE MARK AS SHOWN |

| Type of Mark | SERVICE MARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Tue Jan 2 04:16:50 EST 2007*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |

| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout | Please logout when you are done to release system resources allocated for you.

Start | List At: [          ]  OR  Jump | to record: [          ]  **Record 1 out of 2**

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | **ALFA REALTY** |
| **Goods and Services** | IC 036. US 100 101 102. G & S: REAL ESTATE SERVICES, NAMELY PROVISION OF COMMERCIAL AND RESIDENTIAL REAL ESTATE BROKERAGE SERVICES. FIRST USE: 19870501. FIRST USE IN COMMERCE: 19870501 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Design Search Code** | |
| **Serial Number** | 76370708 |
| **Filing Date** | February 14, 2002 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | October 29, 2002 |
| **Registration Number** | 2677418 |
| **Registration Date** | January 21, 2003 |
| **Owner** | (REGISTRANT) ALFA CORPORATION CORPORATION DELAWARE 2108 E. South Blvd. Montgomery ALABAMA 36198 |
| **Attorney of Record** | Paul Tauger |
| **Prior Registrations** | 2088673 |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "REALTY" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |

Trademark Electronic Search System (TESS)

**Live/Dead Indicator**    LIVE

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Tue Jan 2 04:16:50 EST 2007*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

**Logout** Please logout when you are done to release system resources allocated for you.

**Start** List At: [      ]  OR  **Jump** to record: [      ]  **Record 2 out of 2**

---

**TARR Status**   **ASSIGN Status**   **TDR**   **TTAB Status**   *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | **ALFA REALTY** |
| **Goods and Services** | IC 036. US 100 101 102. G & S: real estate services, namely provision of commercial and residential real estate brokerage services. FIRST USE: 19870501. FIRST USE IN COMMERCE: 19870501 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 26.11.21 - Rectangles that are completely or partially shaded |
| **Serial Number** | 76370508 |
| **Filing Date** | February 14, 2002 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | October 15, 2002 |
| **Registration Number** | 2671857 |
| **Registration Date** | January 7, 2003 |
| **Owner** | (REGISTRANT) ALFA CORPORATION CORPORATION ALABAMA 2108 E. South Blvd. Montgomery ALABAMA 36198 |
| **Attorney of Record** | Paul Tauger |

| | |
|---|---|
| **Prior Registrations** | 2088673 |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "REALTY" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST |
|---|---|---|---|---|---|---|---|---|---|
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC | | | | | |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Tue Jan 2 04:16:50 EST 2007*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

**Logout** Please logout when you are done to release system resources allocated for you.

**Start** List At: [          ] OR **Jump** to record: [          ] **Record 2 out of 2**

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | **ALFA BUILDERS** |
| **Goods and Services** | IC 037. US 100 103 106. G & S: construction services, namely general contracting and building services in the construction industry of new homes, residential communities and commercial properties. FIRST USE: 19870501. FIRST USE IN COMMERCE: 19870501 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Design Search Code** | |
| **Serial Number** | 76370506 |
| **Filing Date** | February 14, 2002 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | December 10, 2002 |
| **Registration Number** | 2692690 |
| **Registration Date** | March 4, 2003 |
| **Owner** | (REGISTRANT) ALFA CORPORATION CORPORATION DELAWARE 2108 E. South Blvd. Montgomery ALABAMA 36198 |
| **Attorney of Record** | Paul Tauger |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BUILDERS" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead** | |

Trademark Electronic Search System (TESS)

**Indicator**     LIVE

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Tue Jan 2 04:16:50 EST 2007*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout Please logout when you are done to release system resources allocated for you.

Start List At: [_____] OR Jump to record: [_____] **Record 1 out of 2**

TARR Status | ASSIGN Status | TDR | TTAB Status *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | **ALFA BUILDERS** |
| **Goods and Services** | IC 037. US 100 103 106. G & S: construction services, namely general contracting and building services in the construction industry of new homes, residential communities and commercial properties. FIRST USE: 19870501. FIRST USE IN COMMERCE: 19870501 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 26.11.21 - Rectangles that are completely or partially shaded |
| **Serial Number** | 76370507 |
| **Filing Date** | February 14, 2002 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | December 10, 2002 |
| **Registration Number** | 2692691 |
| **Registration Date** | March 4, 2003 |
| **Owner** | (REGISTRANT) ALFA CORPORATION CORPORATION DELAWARE 2108 E. South Blvd. Montgomery ALABAMA 36198 |
| **Attorney of** | Paul Tauger |

| | |
|---|---|
| **Record** | |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BUILDERS" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST |
|---|---|---|---|---|---|---|---|---|---|
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC | | | | | |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

# EXHIBIT 5

Sign in

**Google**

Web    Images    Video    News    Maps    **more »**

alfa corporation                    Search    Advanced Search
                                              Preferences

---

**Web**                          Results **1 - 10** of about **1,380,000** for alfa **corporation**. (0.16 seconds)

**Alfa Corporation**                                              Sponsored Links
Provides property and casualty, and life insurance, originate consumer
loans, and hold and sell real estate investments. (Nasdaq: **ALFA**)      **Alfa Corporation**
www.**alfa**ins.com/ - 22k - Cached - Similar pages               Plus Bonus Report On OTC: SFWJ
   Auto - www.alfains.com/auto/Auto.htm            Find Out Now What The pros Know
   Work For Alfa - www.alfains.com/workforalfa/WorkForAlfa.htm    www.StockMarketEnews.com
   Health - www.alfains.com/health/Health.htm
   Home - www.alfains.com/home/Homes.htm
   More results from www.alfains.com »

**Alfa Insurance - Invest In Alfa**
Sign up to receive e-mail alerts whenever **Alfa Corporation** posts new information to the
site. Just enter your e-mail address and click Submit. ...
www.**alfa**ins.com/script/InvestInAlfa/InvestInAlfa.asp - 1k - Cached - Similar pages

**ALFA: Profile for ALFA CP - Yahoo! Finance**
**Alfa Corporation**, through its subsidiaries, offers property and casualty insurance, life
insurance, and financial services products in the United States. ...
finance.yahoo.com/q/pr?s=**alfa** - 27k - Cached - Similar pages

**File security components - add file and data protection to ...**
**Alfa Corporation** provides file encryption and file protection products as well as custom
programming and consulting services in file system development for ...
www.**alfa**sp.com/ - 8k - Cached - Similar pages

**Alfa Corporation Company Profile - ALFA UNITED STATES Market Size ...**
**Alfa Corporation**. The Group's principal activity is to provide property, casualty and life
insurance products. The Group operates through its wholly-owned ...
wrightreports.ecnext.com/coms2/reportdesc_COMPANY_015385107 - 28k -
Cached - Similar pages

**Alfa Corporation - FinanceGates.com**
**Alfa Corporation** is a financial services holding company that operates predominantly in
the insurance industry through its wholly owned subsidiaries **Alfa** ...
www.financegates.com/Company/AlfaCorporation.html - 49k - Cached - Similar pages

**Alfa Corp (ALFA.O) Stock Quote | Stocks | Reuters.com**
Start research for **Alfa** Corp ALFA.O stock data, including stock quotes, stock trading and
stock prices at Reuters.com. Read **Alfa** Corp **ALFA**.
stocks.us.reuters.com/stocks/overview.asp?symbol=ALFA.O - 57k - Cached - Similar pages

**Spadone Tire Machinery, Guillotines, Trucks**
Spadone, Incorporated provides well engineered, affordable, automatic machinery for the
Rubber, Tire, Plastics, and other Industries.
www.spadone.com/ - 6k - Cached - Similar pages

**ALFA CORPORATION**
**ALFA CORPORATION** - Indian Supplier, Manufacturer and exporter from India.
suppliers.jimtrade.com/76/75112/ - 10k - Cached - Similar pages

*EXHIBIT 5*

**ALFA - Alfa Corporation** - Google Finance
**Alfa Corporation** Announces Regular Quarterly Cash Dividend **... Alfa Corporation**
(Nasdaq:**ALFA**) today announced that it will provide an onlineWeb simulcast of **...**
finance.google.com/finance?q=**ALFA** - 82k - Cached - Similar pages

Result Page:    **1** 2 3 4 5 6 7 8 9 10    **Next**

Free! Speed up the web. Download the Google Web Accelerator.

---

| alfa corporation | | Search |

Search within results | Language Tools | Search Tips | Dissatisfied? Help us improve

---

Google Home - Advertising Programs - Business Solutions - About Google

©2007 Google



**ALFA** INSURANCE — Let's talk about **tomorrow.**

Find the nearest agent by
City and State, or ZIP Code



Advanced Sea

| Get Insurance | Find an Agent | Learn About Alfa | Invest in Alfa | Work for Alfa | Contact Us | Alfa Farmers Fed |



Let's talk about new beginnings and life changes.

**Let's talk about the future.** We at Alfa know life is full of change and we're here for you every step of the way. Be it a new marriage, baby or home, Alfa is there to help you with all your insurance needs. Are you ready to talk about tomorrow?

Take a few minutes to look around our site, learn about Alfa's insurance and financial products and contact a local agent to get started. **Let's talk about your life and everything in between.**

Learn more about our new ad campaign >>

ALFA FEATURES

Alfa Severe Storm Center

Personal Property Inventory

ALFA TIPS

Home Safety Tips

Flood Safety Tips

**Search**

**Headlines**

» Virginia Mutual Polic
   Approve Acquisition

» Alfa And WAKA-TV P
   Provide Remote Wea

» Alfa Corp. Reports Th
   2006 Results

MORE »

**Product Informatio**

» Auto
» Home
» Life
» Health
» Business
» Loans
» Other

   Contact Us

   Principles of Busin
   Conduct

   Privacy & Security

   Terms of Use

   Site Map

*For competitive quotes on coverage for your auto, home, life, business and more, please call your local Alfa agent today. Use the Find Your Agent feature to obtain contact information for the agent nearest you.



Copyright 2006 Alfa Insurance®
2108 East South Boulevard
Montgomery, Alabama 36116
(334) 288-3900

Mailing Address: P.O. Box 11000, Montgomery, AL 36191-0001



| Get Insurance | Find an Agent | Learn About Alfa | Invest in Alfa | Work for Alfa | Contact Us | Alfa Farmers Fed |



## Contact Us

We're here to help. If you can't find what you're looking for Online, call us, letter, or use the smart web form shown below. Also, please note that any sent to Alfa as email is not encrypted or secure, but any information that y this page is encrypted between your browser and our servers. We look for your needs.

**Alfa Insurance**
**2108 East South Boulevard**
**Montgomery, AL 36116**
**(334) 288-3900**

| | |
|---|---|
| **Select One:** | Ms. ▾ |
| **Name:** | |
| **Address:** | |
| **City:** | |
| **State:** | |
| **Zip:** | |
| **Phone:** | |
| **Email Address:** | |
| **FAX:** | |
| **Are you a Customer?** | Yes ▾ |

| Policy/Account#: | |
| --- | --- |
| **Subject of Message:** | Web Site ▾ |
| **Message:** | |
| **Insurance** | ☐ Life        ☐ Business<br>☐ Auto      ☐ Farm<br>☐ Home/Renters   ☐ Watercraft |
| **Financial Services** | ☐ Loan        ☐ Lease |
| **Other** | |

Send my message