IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| ALFA CORPORATION, an Alabama corporation; | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) CIVIL ACTION NO. ) 2:06-CV-962-WKW-WC |
| ALFA MORTGAGE CORPORATION, an Indiana corporation; | ) ) ) UNOPPOSED ) |
| Defendant. | ) |

## UNOPPOSED MOTION TO WITHDRAW AND FOR EXTENSION OF TIME TO ANSWER

The undersigned moves this Court to grant its request to allow Defendant's counsel (hereinafter, the "undersigned") to withdraw from representing Defendant Alfa Mortgage Corp. in this matter. The undersigned further requests that Defendant be granted a twenty-one-day extension to file an Answer to Plaintiff's Complaint. In support, Defendant states as follows:

1. Defendant retained the undersigned on November 17, 2006. The undersigned briefed and filed the documents necessary to support Defendant's Motion to Dismiss. *See* docs. 7, 10-11, 17. That Motion was denied on September 18, 2007. Doc. 18. In its Memorandum Opinion and Order denying the Motion to Dismiss, the Court ordered Defendant to file an Answer to the Complaint on or before October 2, 2007. *Id.*, p. 10.

2. Defendant has not paid the retainer fee requested in counsel's engagement letter, nor has Defendant paid any of the invoices submitted to it for legal services rendered. Defendant has indicated to the undersigned that it cannot pay these bills.

3. Accordingly, the undersigned requests that it be permitted to withdraw from representing Defendant in this matter. The undersigned further requests that Defendant be given twenty-one additional days - until October 23, 2007 - to file an Answer to Plaintiff's Complaint.

4. The undersigned contacted Plaintiff's counsel before filing this Motion, and Plaintiff does not oppose this Motion.

WHEREFORE, the undersigned requests that the Court grant this Motion and (1) allow the undersigned to withdraw from representing Defendant in this matter; and (2) allow Defendant until October 23, 2007 to file an Answer to Plaintiff's Complaint.

Respectfully submitted by,

/s/ Bryan A. Coleman
Brannon J. Buck
Bryan A. Coleman
Attorneys for Defendant Alfa Mortgage Corporation

OF COUNSEL:

MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 AmSouth Harbert Plaza
Birmingham, AL 35203-2618
Telephone: 205.254.1000
Fax: 205.254.1999

## CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to the following:

Robert A. Huffaker
Rushton, Stakely, Johnston & Garrett
184 Commerce St.
Montgomery, AL 36104

Juan C. Basombrio
Dorsey and Whitney LLP
38 Technology Dr.
Irvine, CA 92618

/s/ Bryan A. Coleman
OF COUNSEL