IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ALFA CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cv-00962-WKW |
| | ) | |
| ALFA MORTGAGE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Upon consideration of the Unopposed Motion to Withdraw and for Extension of Time to Answer (Doc. # 19), it is ORDERED that:

1.  The motion to withdraw is GRANTED;

2.  The motion for extension is GRANTED; the deadline to file an answer or otherwise respond is extended from October 2, 2007, to **October 23, 2007**; and

3.  Pursuant to 28 U.S.C. § 636(b)(1), this case is referred to the Magistrate Judge for all pretrial proceedings and entry of any orders or recommendations as may be appropriate.

DONE this 2nd day of October, 2007.

                                                      /s/  W.  Keith Watkins
                                              UNITED STATES DISTRICT JUDGE