IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| ALFA CORPORATION, an Alabama Corporation; | ) ) ) |
| Plaintiff, | ) ) ) ) |
| V. | ) CV NO. 2:06-962-WKW-WC ) |
| ALFA MORTGAGE CORPORATION, an Indiana Corporation; | ) ) ) |
| Defendant. | ) |

## MOTION REQUESTING PERMISSION TO APPEAR

I, Corina Shelton, being sole shareholder and owner of Alfa Mortgage Incorporated, request permission from the court to represent Alfa Mortgage Incorporated. Alfa Mortgage Incorporated has suffered great financial strain due to the complaint filed by Alfa Corporation and therefore cannot afford an attorney.

By: , 10-22-2007
Corina Shelton
President of Alfa Mortgage Incoporated
Residing at: 4272 Terrabella Way
               Oakland, CA 94619

SCANNED
bmw 10/23 4:34



UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ MIDDLE _____ DIVISION

## CERTIFICATE OF SERVICE

I, _____ Corina Shelton _____, do hereby Certify that a true and correct copy of the foregoing has been furnished by _____ U.S.Mail _____ (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this __23__ day of __October__ 20 __07__, to:

ROBERT A HUFFAKER OF RUSHTON, STAKELY, JOHNSTON AND GARRETT

184 Commerce Street   Montgomery Alabama 36104   and to:

JUAN C BASLOMBRIO OF DORSEY AND WHITNEY LLP

38 Technology Drive   Irvine California   92618

_October 23, 2007_  
Date

_[signature]_  
Signature

RECEIVED 2007 OCT 30 A 9:49 DEBRA P. HACKETT, CLK U.S. DISTRICT COURT MIDDLE DISTRICT ALA