IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| ALFA CORPORATION, an Alabama Corporation; | ) ) ) |
| Plaintiff, | ) ) ) |
| V. | ) CV NO. 2:06-962-WKW-WC ) |
| ALFA MORTGAGE CORPORATION, an Indiana Corporation; | ) ) |
| Defendant. | ) |

RECEIVED 2007 OCT 23 A 11: 28

## ANSWER TO COMPLAINT

### Jurisdicton and Venue

1. Alfa Mortgage, Incorporated wishes to still maintain the rejected motion to dismiss based on personal jurisdiction defense for the purpose of appeal of personal jurisdiction.

### Factual Allegations

2. Alfa Mortgage Incorporated, not having enough knowledge to admit or deny the allegations in paragraphs 1 through 25 of the complaint filed by Alfa Corporation, chooses to deny those allegations.

### COUNT 1
### Trademark Infringement Under
### Section 32(1) of the Lanham Act

3. Defendant not having enough knowledge to admit or deny the allegations under count 1, chooses to deny.

### COUNT II
### Infringement, Unfair Competition and Use of False Designations
### Of Origin Under Section 43 (a)(1)(A) of the Lanham Act



SCANNED
BMW 10/23 4:39

22

4. Defendant not having enough knowledge to admit or deny all allegations under count II, chooses to deny.

## COUNT III
### Common Law
### Trademark Infringement

5. Defendant, again not having enough knowledge to admit or deny all allegations in the complaint, chooses to deny.

## COUNT IV
### Common Law
### Unfair Competition

6. Defendant, not having enough knowledge to admit or deny each and every allegation set forth in paragraph 1 through 31 of filed complaint chooses to deny all allegations.

## COUNT V
### Statutory Trademark Dilution

7. Defendant again not having enough knowledge to admit or deny each and every allegation in the complaint, chooses to deny.

### Prayer for Relief

WHEREFORE, Defendant Alfa Mortgage Incorporated prays that Petitioners request for judgment against defendant in paragraphs 1 through 7 in the prayer for relief be denied.

By: _____ 10-22-2007
Corina Shelton
President, Alfa Mortgage Incorporated
4272 Terrabella Way
Oakland, CA 94619
(415) 244-4889

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____MIDDLE_____ DIVISION

## CERTIFICATE OF SERVICE

I, _____Corina Shelton_____, do hereby Certify that a true and correct copy of the foregoing has been furnished by _____U.S.Mail_____ (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this __23__ day of __October__ 20_07_, to:

ROBERT A HUFFAKER OF RUSHTON, STAKELY, JOHNSTON AND GARRETT

184 Commerce Street   Montgomery Alabama 36104   and to:

JUAN C BASLOMBRIO OF DORSEY AND WHITNEY LLP

38 Technology Drive   Irvine California   92618

_October 23, 2007_                    _[signature]_
Date                                  Signature

RECEIVED 2007 OCT 30 A 9:49
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA