IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **ALFA CORPORATION,** an Alabama corporation,<br><br>Plaintiff,<br><br>v.<br><br>**ALFA MORTGAGE INCORPORATED,** an Indiana Corporation,<br><br>Defendant. | Case No.   **2:06-cv-962-WKW-WC** |

## MOTION OF PLAINTIFF TO STRIKE ANSWER TO COMPLAINT

**COMES NOW** the Plaintiff, Alfa Corporation, and moves the Court to strike the Answer of the Defendant [Doc. No. 22] and as grounds, assign the following:

1.   On October 23, 2007, an Answer to the Complaint was filed in behalf of the Defendant Alfa Mortgage Incorporated, by Corina Shelton, President of Alfa Mortgage.  On that same date, Corina Shelton also filed a Motion Requesting Permission to Appear and to represent Alfa Mortgage in the case. [Doc. No. 21].

2.   This Court denied the motion of Corina Shelton to appear *pro se* in behalf of the Defendant noting that corporations cannot appear in federal court otherwise than through a licensed attorney. [Doc. No. 24].   Since the Court has denied the *pro se* motion of Ms. Shelton, the Court should strike the Answer filed

in behalf of Alfa Mortgage by her.

WHEREFORE, the Plaintiff respectfully moves the Court to strike the Answer filed in behalf of the Defendant Alfa Mortgage Incorporated.

        s/Robert A. Huffaker
        Rushton, Stakely, Johnston & Garrett, P.A.
        Post Office Box 270
        Montgomery, Alabama 36101-0270
        Tel: (334) 206-3215
        Fax: (334) 481-0814
        E-Mail: rah@rsjg.com
        Bar Number: ASB-7668-U79R

        Juan C. Basombrio
        Dorsey & Whitney LLP
        38 Technology Drive
        Irvine, California 92618
        Telephone: (949) 932-3600
        Facsimile: (949) 932-3601
        E-Mail: Basombrio.Juan@dorsey.com
        Bar Number: California State Bar No.150703

        Attorneys for Plaintiff
        ALFA CORPORATION

## CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and have mailed a copy of same by United States Mail, postage prepaid and properly addressed to:

Corina Shelton
Alfa Mortgage Incorporated
4272 Terrabella Way
Oakland, California 94619

        s/Robert A. Huffaker
        Of Counsel

2