IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALFA CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06cv962-WKW |
| | ) |
| ALFA MORTGAGE INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER ON MOTION

On October 25, 2007, Plaintiff, Alfa Corporation, filed a motion to strike Defendant's Answer (Doc. #25), as that pleading was filed on behalf of Defendant by the company's non-attorney, sole shareholder. Pursuant to the reasoning of this Court's Order of October 24, 2007, (Doc. #24) it is

ORDERED that Alfa Corporation's motion to strike (Doc. #25) is GRANTED. The Clerk of Court is ORDERED to strike the Answer from the record. It is further

ORDERED that Defendant shall file an Amended Answer on or before November 9, 2007. Consistent with this Court's Order of October 24, 2007, independent counsel for Defendant must file the Answer.

DONE this 25th day of October, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE