IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2007 NOV -9 A 10: 56

| | |
|---|---|
| ALFA CORPORATION,<br>an Alabama corporation, | * |
| Plaintiff, | * |
| v. | * Case No. 2:06-cv-962-WKW-WC |
| ALFA MORTGAGE INCORPORATED, an Indiana Corporation, | * |
| Defendant. | * |

## Motion Requestion Extension of Time to Answer

Defendant asks the court for an extension of time to answer complaint due to defendants difficulty in finding counsel.

Defendant asks the court for a minimum 30 day extension.

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____MIDDLE_____ DIVISION

## CERTIFICATE OF SERVICE

I, _____Corina Shelton_____, do hereby Certify that a true and correct copy of the foregoing has been furnished by ____U.S.Mail____ (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this _8th_ day of _November_ 20_07_ to:

Robert Huffaker  PO Box 270
Montgomery, Alabama 36101 &
Juan Basombrio
38 Technology Drive, Irvine Ca. 92618

___11-8-07___                    _____
Date                              Signature