IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALFA CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06cv962-WKW |
| | ) |
| ALFA MORTGAGE INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER ON MOTION

On November 9, 2007, Defendant, Alfa Mortgage Inc., filed a motion for an extension of time in which to file its Answer in accordance with this Court's Order of October 25, 2007. The motion states Defendant is having trouble acquiring counsel. Upon consideration of the motion, it is

ORDERED that the motion (Doc. #27) is GRANTED. Defendant shall have an additional 30 days in which to file its Answer, or until December 10, 2007. The Court observes, however, that this is the second extension of time granted to Defendant. Without a demonstration of good cause, the Court is reluctant to grant any further extensions. It is further

ORDERED that the scheduling conference currently set in this matter for November 28, 2007, at 10:00 a.m. is RESCHEDULED until January 11, 2008, at 10:30 a.m. in Courtroom 5A, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama before the undersigned Magistrate Judge. The

Court also extends, as a consequence of the change in the scheduling conference, the deadline for submission of the Rule 26(f) report. The new deadline is set forth below.

**The Court reminds the parties that prior to the scheduling conference, the Court will review all pending matters on the record. Therefore, the parties should ensure that all responses are part of the record by the date of the scheduling conference.**

The parties are hereby reminded of the obligation, imposed by Rule 26(f) of the Federal Rules of Civil Procedure, to confer and to develop a proposed discovery plan. The Rule 26(f) report containing the discovery plan shall be filed as soon as practicable but not later than **January 4, 2008.**

This case will be set for trial before the district judge during one of that judge's regularly scheduled civil trial terms. The pretrial date is normally set within four to six weeks of a scheduled trial term. The dates of each judge's civil trial terms are available on the court's website located at http://almd.uscourts.gov in the civil case information section.

The scheduling order entered by the court will follow the form of the Uniform Scheduling Order adopted by the judges of this court. The Uniform Scheduling Order is also available on the court's website.

The report of the parties should comply with Form 35 of the Appendix of Forms to the Federal Rules of Civil Procedure.

DONE this 9th day of November, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE