IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| ALFA CORPORATION, an Alabama corporation, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALFA MORTGAGE INCORPORATED, )<br>an Indiana Corporation, )<br>)<br>Defendant. )<br>) | Civil Action No. 2:06-cv-962-WKW-WC |

ENTRY OF DEFAULT

It appearing that defendant Alfa Mortgage Incorporated, an Indiana corporation, was duly served with a copy of the summons and complaint in this action, and said defendant has failed to answer or otherwise defend this action, as required by law,

DEFAULT is hereby entered against said defendant, Alfa Mortgage, Incorporated, an Indiana corporation.

DONE THIS 17th day of December, 2007.

/s/ Debra P. Hackett
_____
DEBRA P. HACKETT
CLERK, UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA