**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **ALFA CORPORATION,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   CASE NO. 2:06-cv-962-WKW |
| | ) |
| **ALFA MORTGAGE, INC.,** | ) |
| | ) |
| **Defendant.** | ) |

## **ORDER**

Plaintiff is directed to inform the court in writing on or before **April 11, 2008**, as to the status of this action, and to show cause why final judgment should not be entered forthwith.

DONE this 3rd day of April, 2008.

                                           /s/ W. Keith Watkins
                                    UNITED STATES DISTRICT JUDGE