**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **ALFA CORPORATION,** an Alabama corporation, | * * * |
| Plaintiff, | * * |
| v. | *   Case No.   2:06-cv-962-WKW-WC |
| **ALFA MORTGAGE INCORPORATED,** an Indiana Corporation, | * * * * |
| Defendant. | * |

## RESPONSE OF PLAINTIFF TO ORDER TO SHOW CAUSE

**COMES NOW** the Plaintiff, Alfa Corporation, and for response to the Court's Order of April 3, 2008, directing the Plaintiff to inform the Court as to the status of the action and to show cause why final judgment should not be entered, states as follows:

1.  Because the Defendant failed to answer the Complaint, the Clerk entered default against the Defendant on December 17, 2007.  (Doc. 33).

2.  On April 7, 2008, Plaintiff filed its Motion for Entry of Default Judgment seeking entry of default judgment against the Defendant. (Doc. 36).  The Plaintiff's motion was supported by a memorandum brief and evidentiary submission supporting the requested judgment to be entered in favor of the Plaintiff. (Doc. 37).

3.      Plaintiff avers that its Motion for Default Judgment should be granted by the Court and that such ruling will constitute a final disposition of this case.

s/Robert A. Huffaker
Rushton, Stakely, Johnston & Garrett, P.A.
Post Office Box 270
Montgomery, Alabama  36101-0270
Tel:  (334) 206-3215
Fax: (334) 481-0814
E-Mail: rah@rsjg.com
Bar Number:  ASB-7668-U79R

Juan C. Basombrio
Dorsey & Whitney LLP
38 Technology Drive
Irvine, California  92618
Telephone:  (949) 932-3600
Facsimile:  (949) 932-3601
E-Mail: Basombrio.Juan@dorsey.com
Bar Number: California State Bar No.150703

Attorneys for Plaintiff
ALFA CORPORATION

## CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and have mailed a copy of same by United States Mail, postage prepaid and properly addressed to:

Corina Shelton
Alfa Mortgage Incorporated
4272 Terrabella Way
Oakland, California 94619

s/Robert A. Huffaker
Of Counsel

2