IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALFA CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06cv962-WKW |
| | ) |
| ALFA MORTGAGE INC., | ) |
| | ) |
| Defendant. | ) |

# ORDER

On April 7, 2008, Plaintiff, Alfa Corporation, moved the Court for Default

Judgment (Doc. #36).  Accordingly, it is

ORDERED that Defendant shall file a response to the motion on or before **May 1,**

**2008.**  Thereafter, the motion shall be deemed submitted, and the Court not consider any

further pleadings filed by the parties.

**The Court warns Defendant that if no response is filed, the undersigned will**

**presume Defendant does not oppose the Motion for Default Judgment (Doc. #36)**

**and agrees it should be granted in Plaintiff's favor.**

DONE this 10th day of April, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE